## 11TH COURT OF APPEALS

### EASTLAND, TEXAS

### JUDGMENT

Jared Morrison,                      * From the 385th District
Court of Midland County,
Trial Court No. CR29320.

Vs. No. 11-11-00191-CR              * May 30, 2013

The State of Texas,                * Memorandum Opinion by Willson, J.
(Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the trial court's judgment to reflect that Jared Morrison failed to pay fees in September 2009, February 2010, and April 2010 only and also to delete the finding of "true" to allegations 3, 4, and 6 of the State's motion. As modified, we affirm the judgment of the trial court.